UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF KENTUCKY AT COVINGTON

GARY W. MUFFLEY, Regional Director of the
Ninth Region of the National Labor Relations Board,
For and on behalf of the NATIONAL LABOR
RELATIONS BOARD

Applicant

v. Civil No. 2:12-cv-00222-WOB-CJS

PHIL LECONTE

Respondent

REPORT UPDATING THE COURT ON
THE STATUS OF THE ABOVE
CITED CASE

To the Honorable William O. Bertelsman of the United States District Court for the Eastern District of Kentucky:

1. By Order dated January 11, 2013, pursuant to an Application for an Order Requiring Obedience to Subpoena Ad Testificandum, the Court required Respondent, Phil LeConte, to comply with a National Labor Relations Board (Board) issued Subpoena Ad Testificandum and appear to give testimony at an Administrative Law Judge hearing on February 12, 2013 at 9:00 A.M.

2. On February 12, 2013, Respondent did appear and give testimony as required by the Court's Order.

3. By complying with this Court's Order, and appearing and giving testimony at the Administrative Law Judge hearing, Respondent fully complied with the Board issued Subpoena Ad Testificandum.

Dated at Cincinnati, Ohio this 10th day of June 2013.

Respectfully submitted,

***/s/ Daniel Allen Goode***

Daniel Allen Goode
Attorney for Applicant
Region 9, National Labor Relations Board
3003 John Weld Peck Federal Building
550 Main Street
Cincinnati, Ohio 45202-3271
Daniel.goode@nlrb.gov
Ohio Bar No. 0086855